## **PROOF OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I, John Anthony Castro, verify, under criminal penalty of perjury, that I served a copy of the Emergency Application For A Temporary Restraining Order and Expedited Preliminary Injunction Hearing as well as the proposed order on all parties via U.S. Certified Mail Return Receipt Requested.

Executed on September 27, 2023.

/s/ John Anthony Castro
John Anthony Castro


