UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN ANTHONY CASTRO | : CIVIL ACTION NO. 3:23-CV-01238(VAB) |
| *Plaintiff,* | : |
| v. | : |
| STEPHANIE THOMAS, | : |
| SECRETARY OF STATE | : |
| And | : |
| DONALD JOHN TRUMP | : |
| *Defendants* | : NOVEMBER 13, 2023 |

### SECRETARY OF THE STATE STEPHANIE THOMAS'S MOTION TO EXTEND TIME TO ANSWER

Pursuant to Local Rule 7(b), Secretary of the State Stephanie Thomas ("the Secretary"), through her undersigned counsel, respectfully requests a fourteen-day extension of the deadline to file her answer or otherwise respond to the Complaint, ECF No. 1, to November 30, 2023. This is the Secretary's second request to extend the deadline. Both Plaintiff and Defendant Donald John Trump, through his counsel, consent to this motion.

The Secretary requests this extension because of a number of competing deadlines and an unforeseen family medical emergency. Undersigned counsel is representing the Secretary in an expedited election matter in Connecticut Superior Court, which requires the parties to establish new primary and general election deadlines and procedures. *Gomes v. Clemens*, No. FBT-CV23-6127336-S. A number of other deadlines will also require counsel's attention, including a November 24,

2023 briefing deadline in a Connecticut Superior Court matter, *Mohammadi, et al. v. Tong*, HHD-CV23-6168859-S, and deadlines related to an Opinion from the Office of the Attorney General. Counsel's family member also recently experienced an unforeseen medical emergency, which will require ongoing attention in the immediate term.

The Secretary respectfully submits that the foregoing establishes sufficient good cause to grant this modest extension of the deadline to respond to the Complaint. Moreover, extending the deadline will not materially impact the management of this case or cause prejudice to any party or the Court.

For the foregoing reasons, the Secretary requests that the deadline to file the Answer or other response to the Complaint be extended to November 30, 2023.

Respectfully Submitted,

DEFENDANT

STEPHANIE THOMAS, SECRETARY OF
THE STATE OF CONNECTICUT

WILLIAM TONG
ATTORNEY GENERAL

BY: s/ Alma R. Nunley
Alma R. Nunley (ct30610)
Michael Rondon (ct31022)
Assistant Attorneys General
165 Capitol Ave., 5th Floor
Hartford, CT  06106
Tel: (860) 808-5020
Fax: (860) 808-5347
Alma.Nunley@ct.gov
Michael.Rondon@ct.gov

## **CERTIFICATION**

     I hereby certify that on November 13, 2023, a copy of the foregoing Motion to Extend Time was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                    /s/ Alma R. Nunley
                                    Assistant Attorney General