UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO | : | CIVIL ACTION NO. 3:23-CV-01238(VAB) |
| *Plaintiff,* | : | |
| v. | : | |
| STEPHANIE THOMAS, SECRETARY OF STATE And DONALD JOHN TRUMP | : | |
| *Defendants* | : | NOVEMBER 30, 2023 |

## SECRETARY OF THE STATE STEPHANIE THOMAS'S MOTION TO DISMISS

Plaintiff John Anthony Castro alleges that Defendant Donald John Trump is disqualified from serving as president under Section Three of the Fourteenth Amendment to the United States Constitution (Section Three). Therefore, he claims Defendant Connecticut Secretary of the State Stephanie Thomas (the Secretary) should refuse to put Trump on the primary or general election ballots for the presidency. The Secretary moves for this Court to dismiss Plaintiff's claims against her pursuant to Rule 12(b)(1) for lack of jurisdiction, Rule 12(b)(6) for failure to state a claim, and Rule 12(b)(5) for insufficient service of process.

As explained fully in the accompanying memorandum in support of this motion, this Court should dismiss Plaintiff's claims against the Secretary for at least five reasons. First, Plaintiff lacks standing. Because the Secretary lacks the authority to keep a presidential candidate off a ballot even if he or she is disqualified from holding office under Section Three, the injuries Plaintiff alleges are not

Oral Argument Not Requested

traceable to the Secretary and the relief he seeks from the Secretary would not redress them.  Second, Plaintiff's claims are barred by the Eleventh Amendment, which prohibits suit against state officials.  Third, for substantially the same reasons as Plaintiff lacks standing as related to his claims against the Secretary, Plaintiff has failed to state a claim against the Secretary for which relief could be granted.  Fourth, this Court should refrain from determining whether the Secretary should not place Defendant Trump on the ballot pursuant to Section Three based upon the political question doctrine.  Fifth, Plaintiff has failed to serve the Secretary with process in the required manner.  Therefore, the Secretary respectfully requests that this Court dismiss the claims against her in their entirety.

    Respectfully Submitted,

    DEFENDANT

    STEPHANIE THOMAS
    SECRETARY OF THE STATE OF
    CONNECTICUT

    WILLIAM TONG
    ATTORNEY GENERAL

    BY: s/ Alma R. Nunley
    Alma R. Nunley (ct30610)
    Michael Rondon (ct31022)
    Assistant Attorneys General
    165 Capitol Ave., 5th Floor
    Hartford, CT  06106
    Tel: (860) 808-5020
    Fax: (860) 808-5347
    Alma.Nunley@ct.gov
    Michael.Rondon@ct.gov

**CERTIFICATION**

  I hereby certify that on November 30, 2023, a copy of the foregoing Motion to Dismiss was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              /s/ Alma R. Nunley
              Assistant Attorney General