IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO<br>12 Park Place, Mansfield, TX 76063 | )<br>)<br>) | |
| Plaintiff, | )<br>)<br>) | |
| *v*. | )<br>) | |
| SECRETARY OF STATE STEPHANIE THOMAS<br>165 Capitol Avenue, Suite 1000, P.O. Box 150470, Hartford, CT 06115-0470 | )<br>)<br>)<br>)<br>) | Case No. 3:23-cv-01238 |
| DONALD JOHN TRUMP<br>1100 S. Ocean Blvd, Palm Beach, FL 33480 | )<br>)<br>) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff files this notice of dismissal before either opposing party has either served an answer or motioned for summary judgement.

Respectfully submitted,

Dated: December 7, 2023.    By:    */s/ John Anthony Castro*

John Anthony Castro
12 Park Place
Mansfield, TX 76063
Tel. (202) 594 – 4344
J.Castro@CastroAndCo.com

Plaintiff *Pro Se*

## CERTIFICATE OF SERVICE

On December 7, 2023, I submitted the foregoing document with the Clerk of this Court. It is further certified that all other parties are CM/ECF users and that service of this motion will be made upon them via CM/ECF. If not, they will be served via U.S. postal mail.

*/s/ John Anthony Castro*
John Anthony Castro